ADELBERT P. LITTLE, Appellant, *v.* CHARLES W. MAYER, Respondent.

*Little* v. *Mayer*, 134 App. Div. 993, affirmed.
(Argued May 10, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1909, affirming a judgment in favor of defendant entered upon a decision of the court on trial at an Equity Term in an action to enjoin the defendant from continuing the manufacture and sale of machines embodying trade secrets of the plaintiff.

*Clarence W. McKay* for appellant.

*Nelson E. Spencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and COLLIN, JJ. Absent: CHASE, J.